1  BRADLEY SANDLER
   California State Bar No. 182230
2  433 N. Camden Dr., Ste 400
   Beverly Hills, CA 90210
3  Tel: (310) 279-5283
   Fax: (310) 279-1183
4  Email: BSandler@sandlerlawoffices.com

5  Attorney for Mr. Sanchez-Rodriguez

FILED
JAN 0 4 2010

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 09-MJ3183 |
| --- | --- |
| Plaintiff, | ) 09-cr-04292-GT |
| v. | ) **SUBSTITUTION OF COUNSEL** |
| LORENZO A. SANCHEZ-RODRIGUEZ, | ) |
| Defendant. | ) |

I, Lorenzo A. Sanchez-Rodriguez, request that attorney Bradley Sandler be substituted in for my appointed attorney, Jeremy Warren, for all purposes in the above-referenced case.

Dated: 12·23·09

_____
Lorenzo Sanchez-Rodriguez
Defendant

I agree to the proposed substitution of counsel

Dated: 12/23/09

_____
Bradley Sandler
Attorney at Law

| | |
|---|---|
| 1 | I have no objection to the proposed substitution of counsel |
| 2 | |
| 3 | Dated: 12/22/09 |
| 4 | Jeremy Warren, Attorney at Law |
| 5 | **So ordered.** |
| 6 | |
| 7 | Dated: 1-4-10 |
| 8 | Honorable Gordon Thompson, United States District Judge |