1  **BRADLEY S. SANDLER, ESQ., SBN 182230**
   **LAW OFFICE OF BRADLEY S. SANDLER**
2  433 North Camden Drive
   Suite 400
3  Beverly Hills, California 90210
   Telephone: (310) 279-5283
4  Facsimile: (310) 279-1183
   bsandler@sandlerlawoffices.com

Attorneys for Defendant
LORENZO ANTONIO SANCHEZ-RODRIGUEZ

FILED
MAY 11 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. LORENZO ANTONIO SANCHEZ-RODRIGUEZ, Defendants. | CASE NO. 09-CR-04292-GT  ORDER [PROPOSED] STIPULATION TO CONTINUE SENTENCING HEARING FOR LORENZO ANTONIO SANCHEZ-RODRIGUEZ |

## ORDER [PROPOSED]

Based on the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the sentencing date in this matter shall be continued from May 18, 2010 at 9:00a.m. to May 27, 2010 at 9:00a.m..

Dated: May 11th 2010

_____
United States District Court Judge

1

ORDER[proposed] STIPULATION TO CONTINUE SENTENCING HEARING FOR LORENZO A. SANCHEZ-RODRIGUEZ